McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, CA 94105-1545
        Telephone: (415) 268-5610
        Facsimile: (415) 744-0134
        E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ROSEZETTA VIVIAN HUDSON, | ) Case No.: 2:19-cv-02390-JAM-EFB |
| | ) |
| Plaintiff, | ) **STIPULATION FOR EXTENSION OF** |
| | ) **TIME FOR DEFENDANT TO FILE THE** |
| vs. | ) **ANSWER AND ADMINSTRATIVE** |
| | ) **RECORD AND ~~PROPOSED~~ ORDER** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Plaintiff and Defendant, through their respective attorneys, and subject to the approval of the Court, hereby stipulate that Defendant shall have an extension of time of 30 days, up to and including March 24, 2020, in which to file and serve his answer and certified administrative record (AR).

Defendant needs an extension of time because the Social Security component responsible for preparing the AR for litigation advised counsel recently that the record is too large (over 225 MB) for its computer program system. The component is working with the Social Security headquarters in Baltimore, MD, to find a way to prepare this large file. The component may need to print the case file, then scan the documents, and then put the scanned documents onto a disc for

us to lodge with the Court. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court and Plaintiff for any inconvenience this delay may cause.

This is Defendant's first request for an extension to file an answer and the AR.

Respectfully submitted,

Dated: February 14, 2020
McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Office of General Counsel
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant

*/s/ Omar Ortega\**
**Omar Ortega**
Pierre Pierre Law, P.C.
Attorney for Plaintiff
(*As authorized via e-mail on February 14, 2020)

ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, DEFENDANT SHALL FILE AND SERVE HIS ANSWER AND ADMINISTRATIVE RECORD ON OR BEFORE MARCH 24, 2020.

Dated: February 20, 2020.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE