McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH MCADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ROSEZETTA VIVIAN HUDSON, | Case No.: 2:19-cv-02390-JAM-EFB |
| Plaintiff, | **SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE THE ANSWER AND ADMINSTRATIVE RECORD AND** ~~**PROPOSED**~~ **ORDER** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, and subject to the approval of the Court, hereby stipulate that Defendant shall have an extension of time of 30 days, up to and including April 23, 2020, in which to file and serve his answer and certified administrative record (AR).

The court granted a prior stipulation to allow Defendant to prepare the large (over 225 MB) administrative record (AR). The agency completed the AR and sent it to the United States Attorney's Office (USAO) for filing. However, the USAO staff person responsible for preparing the AR for filing was ordered to work from home to help stop the spread of the COVID-19 virus before receiving the AR. As of, March 18, 2020, the EDCA USAO has *one* laptop all the

Stip. & Prop. Order for Ext., 2:19-cv-02390-JAM-EFB

paralegals share and the person normally responsible for uploading the AR did not receive a laptop to take home (yet). Defendant needs additional time to figure out the best way to prepare and file the AR remotely given the unusual change in circumstances. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court and Plaintiff for any inconvenience this delay may cause.

This is Defendant's second request for an extension to file an answer and the AR.

Respectfully submitted,

Dated: March 19, 2020

*/s/ Omar Ortega\**
**Omar Ortega**
Pierre Pierre Law, P.C.
Attorney for Plaintiff
(*As authorized via e-mail on March 18, 2020)

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Office of General Counsel
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, DEFENDANT SHALL FILE AND SERVE HIS ANSWER AND ADMINISTRATIVE RECORD ON OR BEFORE APRIL 23, 2020.

Dated: March 20, 2020.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext., 2:19-cv-02390-JAM-EFB