1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ROSEZETTA VIVIAN HUDSON, | ) Case No.: 2:19-cv-02390-JAM-EFB |
| | ) |
| Plaintiff, | ) **[~~PROPOSED~~] ORDER GRANTING** |
| | ) **DEFENDANT'S EX PARTE** |
| vs. | ) **APPLICATION TO STAY ACTION** |
| | ) |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

Due to the COVID-19 health emergency, Defendant is presently unable to produce the Administrative Record necessary to answer and adjudicate this action.  Accordingly, Defendant filed an ex parte application to stay this action.  The Court finds good cause to grant the stay of this action until Defendant regains the ability to produce the Administrative Record.

Accordingly, IT IS ORDERED that this matter is stayed until such time as the Social Security Administration regains the capacity to produce the Administrative Record necessary to answer and adjudicate this case.  The stay of this matter shall automatically lift upon the Defendant's filing of the Administrative Record.  Thereafter, case deadlines will proceed

/////

according the Court's previously filed case management order and the local rules.  No motion or other notification will be required to lift the stay.

IT IS SO ORDERED.

Dated:  April 21, 2020.

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE