UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ROSEZETTA VIVIAN HUDSON, | Case No. 2:19-cv-02390-JAM-JDP |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | ECF No. 28 |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from January 31, 2022 to March 2, 2022, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because, due to attorneys taking unexpected leave or resigning, the undersigned counsel for the Commissioner has had numerous cases reassigned to her, including cases requiring imminent briefing, cases with past due matters that must be remedied, and cases in which the undersigned is supervising other attorneys. Despite

working diligently to meet the case deadlines in this Court's Scheduling Order, the undersigned counsel for the Commissioner needs additional time in the instant case to review the substantial administrative record, to consider the multiple issues raised in Plaintiff's motion, and to determine whether options exist for settlement.   Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: January 27, 2022          PIERRE PIERRE LAW, P.C.

By:*/s/ Omar Ortega* *
   OMAR ORTEGA
   Attorneys for Plaintiff
   [*As authorized by e-mail on Jan. 27, 2022]

Dated: January 27, 2022          PHILLIP A. TALBERT
                                 Acting United States Attorney
                                 PETER K. THOMPSON
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

**ORDER**

The parties' stipulation, ECF No. 28, is construed as a motion and granted.

IT IS SO ORDERED.

Dated: <u>    January 27, 2022    </u>                    _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE