UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ROSEZETTA VIVIAN HUDSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:19-cv-02390-JAM-JDP<br><br>STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ECF No. 30 |

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

　　　The Appeals Council will remand the case to an administrative law judge (ALJ). On remand, the Appeals Council will instruct the ALJ to offer Plaintiff the opportunity for a new hearing; further consider the medical and testimonial evidence; reevaluate Plaintiff's residual functional capacity, as appropriate; take further action, as warranted, to complete the administrative record; and issue a new decision.

　　　The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                      Respectfully submitted,

Dated: March 1, 2022         PIERRE PIERRE LAW, P.C.

                                    By:*/s/ Omar Ortega* *
                                            OMAR ORTEGA
                                            Attorneys for Plaintiff
                                            [*As authorized by e-mail on Mar.1, 2022]

Dated: March 7, 2022         PHILLIP A. TALBERT
                                      United States Attorney
                                        PETER K. THOMPSON
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                    By: */s/ Margaret Branick-Abilla*
                                            MARGARET BRANICK-ABILLA
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

**ORDER**

The parties' stipulation to remand, ECF No. 30, is approved and so ordered. The Clerk of Court is directed to enter final judgment in favor of plaintiff and against defendant, and to close this case.

IT IS SO ORDERED.

Dated:   March 7, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE